| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Springmann, Theresa L. | 2. Court or Organization<br><br>Northern District of Indiana | 3. Date of Report<br><br>05/05/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1300 South Harrision Street<br>Fort Wayne, IN 46802 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Personal Representative | Estate 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Springmann, Theresa L.**

| Name of Person Reporting | Date of Report |
| --- | --- |
| Springmann, Theresa L. | 05/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2010 | Adaptek Systems |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase master Card | Credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - Riversource Life Ins. Fixed account | A | Dividend | K | T | | | | | |
| 3. - Riversource VP Div Bond C3 | A | Interest | K | T | | | | | |
| 4. -Riversource VP Cash Mgmt C3 | A | Interest | K | T | | | | | |
| 5. IRA # 2 | | | | | | | | | |
| 6. - Riversource Life Ins. Fixed account | A | Dividend | J | T | | | | | |
| 7. - Riversource Life Ins. Fixed account | | | | | Redeemed<br>(part) | 01/04/10 | J | | |
| 8. - Riversource Life Ins. Fixed account | | | | | Redeemed<br>(part) | 02/01/10 | J | | |
| 9. - Riversource Life Ins. Fixed account | | | | | Redeemed<br>(part) | 03/01/10 | J | | |
| 10. - Riversource Life Ins. Fixed account | | | | | Redeemed<br>(part) | 04/01/10 | J | | |
| 11. - Riversource Life Ins. Fixed account | | | | | Redeemed<br>(part) | 04/30/10 | J | | |
| 12. - Riversource Life Ins. Fixed account | | | | | Redeemed<br>(part) | 10/01/10 | J | | |
| 13. - Riversource Life Ins. Fixed account | | | | | Redeemed<br>(part) | 11/01/10 | J | | |
| 14. - Riversource Life Ins. Fixed account | | | | | Redeemed<br>(part) | 12/01/10 | J | | |
| 15. - Riversource VP Div Bond C3 | A | Interest | J | T | | | | | |
| 16. - Riversource VP Div Bond C3 | | | | | Redeemed<br>(part) | 01/04/10 | J | | |
| 17. - Riversource VP Div Bond C3 | | | | | Redeemed<br>(part) | 02/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Riversource VP Div Bond C3 | | | | | Redeemed (part) | 03/01/10 | J | | |
| 19.  - Riversource VP Div Bond C3 | | | | | Redeemed (part) | 04/01/10 | J | | |
| 20.  - Riversource VP Div Bond C3 | | | | | Redeemed (part) | 04/30/10 | J | | |
| 21.  - Riversource VP Div Bond C3 | | | | | Redeemed (part) | 10/01/10 | J | | |
| 22.  - Riversource VP Div Bond C3 | | | | | Redeemed (part) | 11/01/10 | J | | |
| 23.  - Riversource VP Div Bond C3 | | | | | Redeemed (part) | 12/01/10 | J | | |
| 24.  -Riversource VP Cash Mgmt C3 | A | Interest | J | T | | | | | |
| 25.  -Riversource VP Cash Mgmt C3 | | | | | Redeemed (part) | 01/04/10 | J | | |
| 26.  -Riversource VP Cash Mgmt C3 | | | | | Redeemed (part) | 02/01/10 | J | | |
| 27.  -Riversource VP Cash Mgmt C3 | | | | | Redeemed (part) | 03/01/10 | J | | |
| 28.  -Riversource VP Cash Mgmt C3 | | | | | Redeemed (part) | 04/01/10 | J | | |
| 29.  -Riversource VP Cash Mgmt C3 | | | | | Redeemed (part) | 04/30/10 | J | | |
| 30.  -Riversource VP Cash Mgmt C3 | | | | | Redeemed (part) | 10/01/10 | J | | |
| 31.  -Riversource VP Cash Mgmt C3 | | | | | Redeemed (part) | 11/01/10 | J | | |
| 32.  -Riversource VP Cash Mgmt C3 | | | | | Redeemed (part) | 12/01/10 | J | | |
| 33.  Annuity - Riversource Fixed Annuity | A | Dividend | K | T | | | | | |
| 34.  IRA # 3 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Riversource Life Ins. fixed account | A | Int./Div. | K | T | | | | | |
| 36. -Riversource VP Div Bond C3 | D | Dividend | L | T | | | | | |
| 37. IRA #4 | | | | | | | | | |
| 38. - Riversource Life Ins. Fixed account | A | Dividend | J | T | | | | | |
| 39. - Riversource VP Div Bond C3 | A | Interest | K | T | | | | | |
| 40. -Riversource VP Cash Mgmt C3 | A | Interest | J | T | | | | | |
| 41. Chase Bank account | A | Interest | K | T | | | | | |
| 42. Estate 1 | B | Interest | L | T | | | | | |
| 43. - Chase Bank account | | | | | | | | | |
| 44. -Centier Bank accounts | | | | | | | | | |
| 45. -Citizen's Financial accounts | | | | | | | | | |
| 46. -Fifth Third accounts | | | | | Redeemed | 12/14/10 | J | | |
| 47. -First Financial accounts | | | | | | | | | |
| 48. -Catholic Foresters (annuity)(no control) | | | | | Redeemed | 03/10/10 | J | | |
| 49. -Catholic Foresters (annuity)(no control) | | | | | Distributed | 03/10/10 | J | | |
| 50. T. Rowe Price Summit Cash Reserve | A | Interest | K | T | | | | | |
| 51. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 05/04/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 06/28/10 | J | | |
| 53. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 07/23/10 | J | | |
| 54. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 07/26/10 | J | | |
| 55. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 07/27/10 | J | | |
| 56. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 07/28/10 | J | | |
| 57. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 08/10/10 | J | | |
| 58. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 08/25/10 | J | | |
| 59. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 09/13/10 | J | | |
| 60. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 10/08/10 | J | | |
| 61. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 10/11/10 | J | | |
| 62. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 10/18/10 | J | | |
| 63. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 10/25/10 | J | | |
| 64. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 10/26/10 | J | | |
| 65. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 10/27/10 | J | | |
| 66. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 11/04/10 | J | | |
| 67. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 11/09/10 | J | | |
| 68. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold (part) | 11/10/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. T. Rowe Price Summit Cash Reserve | A | Interest | | | Sold<br>(part) | 11/29/10 | J | | |
| 70. T. Rowe Price Summit Cash Reserve | A | Interest | | | Buy<br>(add'l) | 07/28/10 | J | | |
| 71. T. Rowe Price Summit Cash Reserve | A | Interest | | | Buy<br>(add'l) | 10/25/10 | J | | |
| 72. T. Rowe Price Spectrum Growth | A | Interest | | | Buy | 05/04/10 | J | | |
| 73. T. Rowe Price Spectrum Growth | A | Interest | | | Sold | 10/25/10 | J | A | |
| 74. T. Rowe Price New Era Fund | | None | | | Buy | 05/04/10 | J | | |
| 75. T. Rowe Price New Era Fund | | None | | | Sold | 10/25/10 | J | A | |
| 76. T. Rowe Price Media & Telecomunications | | None | | | Buy | 05/04/10 | J | | |
| 77. T. Rowe Price Media & Telecommunications fund | | None | | | Sold | 09/27/10 | J | A | |
| 78. T. Rowe Price Emerging Markets Stock Mutual | A | Int./Div. | J | T | Buy | 10/08/10 | J | | |
| 79. T. Rowe Price Emerging Markets Stock | A | Dividend | J | T | Buy<br>(add'l) | 11/10/10 | J | | |
| 80. T. Rowe Price New Income Fund | A | Int./Div. | J | T | Buy | 06/28/10 | J | | |
| 81. T. Rowe Price New Income Fund | A | Int./Div. | J | T | Buy<br>(add'l) | 08/25/10 | J | | |
| 82. T. Rowe Price New Income Fund | A | Int./Div. | J | T | Buy<br>(add'l) | 10/11/10 | J | | |
| 83. T. Rowe Price New Income Fund | A | Int./Div. | J | T | Buy<br>(add'l) | 11/10/10 | J | | |
| 84. T. Rowe Price Retirement Fund | A | Dividend | J | T | Buy | 11/29/10 | J | | |
| 85. T. Rowe Price US Treasury Intermediate Fund | A | Dividend | J | T | Buy | 05/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. T. Rowe Price US Treasury Intermediate Fund | A | Dividend | J | T | Buy (add'l) | 08/25/10 | J | | |
| 87. T. Rowe Price US Tresury Intermediate Fund | A | Dividend | J | T | Buy (add'l) | 10/11/10 | J | | |
| 88. T. Rowe Price US Treasury Intermediate Fund | A | Dividend | J | T | Buy (add'l) | 11/10/10 | J | | |
| 89. USAA Precious Metals & Mineral Fund | A | Dividend | J | T | Buy | 11/10/10 | J | | |
| 90. AT & T prfrd█ | A | Interest | J | T | Buy | 07/26/10 | J | | |
| 91. A T & T prfrd█ | A | Interest | | | Sold | 07/28/10 | J | | |
| 92. American Electrci Power common█ | A | Dividend | J | T | Buy | 11/04/10 | J | | |
| 93. Apple Common s█ | | None | J | T | Buy | 07/23/10 | J | | |
| 94. Apple common█ | | None | | | Buy (add'l) | 08/10/10 | J | | |
| 95. Apple common█ | | None | | | Buy (add'l) | 10/26/10 | J | | |
| 96. A T & T common█ | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 97. A T & T common█ | A | Dividend | | | Buy (add'l) | 10/26/10 | J | | |
| 98. Avalon Bay common█ | A | Dividend | J | T | Buy | 10/08/10 | J | | |
| 99. Bank of America common█ | A | Dividend | J | T | Buy | 10/27/10 | J | | |
| 100. Broadcomm | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 101. Corning common█ | A | Dividend | J | T | Buy | 08/10/10 | J | | |
| 102. Cree common█ | | None | J | T | Buy | 09/13/10 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Cummins Engine common | A | Dividend | J | T | Buy | 11/09/10 | J | | |
| 104. Ford common | | None | J | T | Buy | 07/23/10 | J | | |
| 105. Google common | | None | J | T | Buy | 07/26/10 | J | | |
| 106. Google common | | None | | | Buy (add'l) | 10/18/10 | J | | |
| 107. Home Depot common | A | Dividend | J | T | Buy | 10/25/10 | J | | |
| 108. McDonalds common | A | Dividend | J | T | Buy | 11/09/10 | J | | |
| 109. Mid America apts common | A | Dividend | J | T | Buy | 10/08/10 | J | | |
| 110. Qualcomm common | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 111. Starbucks common | A | Dividend | J | T | Buy | 07/23/10 | J | | |
| 112. Texas Instruments common | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 113. Verizon Communications common | A | Dividend | J | T | Buy | 08/10/10 | J | | |
| 114. Wisdom Tree Large Cap Fund | A | Dividend | J | T | Buy | 10/26/10 | J | | |
| 115. Wisdom Tree Large Cap Fund | A | Dividend | | | Buy (add'l) | 10/27/10 | J | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/05/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part III B. Employment was inadvertently omitted from prior reports.


Re: Part VII. Individial assets in lines 1 though 40 were inadvertently omitted in prior reports.

IRA #1 was formerly known as "IRA with IDS/American Express - █

IRA # 2 was formerly known as "IRA with IDS/American Express"

Annuity - Riversource fixed annuity was formerly known as "Annuity with IDS/American Express - █ "

IRA #'s 3 and 4 were formerly known as "IRA - Keough rollover with IDS/American Express - █

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Theresa L. Springmann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544